# COMPLAINT FORM
(for filers who are prisoners without lawyers)

(revised 4/19/2022)

**FILED**

04/17/2023

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana
Terre Haute Division

(Full name of plaintiff(s))

William Eugen Baugh #913588/J2-222L
IDOC/Wabash Valley Correctional Facility
P.O. Box 1111 - Carlisle, IN 46838

v.

(Full name of defendant(s))

Red Dot Storage Units/Alternative Solutions, et al

Case Number:

2:23-cv-00193-JPH-MG

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of U.S.A. - Indiana (State), and is located at

IDOC/WVCF/ P.O. Box 1111 · Carlisle, IN 47838
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Red Dot Storage Units - Alternative Solutions (Name)

is (if a person or private corporation) a citizen of __Indiana - Terre Haute, IN__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __No Psycall Harm, Property Recovery...__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

① __Red Dot Storage Units / Alternative Solutions.__

② __Great American Asurance Group.__

My Storage unit @ Red Dot Storage Unit was broken into. Buglarized & My Personal belongings were stolen. Great American Asurance made Parcial Payment of $5000.00 for Parcel Recovery loss Red Dot Storage Units/Alternative Solutions. Continue Violating my (14th Amendment of The United States of America) "Due Process" Refusing to be a responsable Corporation. being Non Responsice to Plaintiff Willing in good faith to except (ADR) Negotiation of Settlement of $5,000.00
Plaintiff Has been atempting to Contact Red Dot Storage Unit. Attempting to Stop his 14th Amendment

From Continuosly being Violated. & To Negotiate Payment of Recovery Loos, of $5,562.50. and is left with no Coice but to ask The Court to Make a final Judgement in be half of The Plaintiff for $5,562.50 To be Paid to The Plaintiff in form of Paper Check Sent to Plaintiff by U.S. mail @

William E. Baugh #913588
IDOC/ WVCF / J2-222L
P.O. Box 1111
Carlisle, IN 47838-1111

Plaintiff William E. Baugh, Will introduce Case No. Winquist V. Macomb cnty. Sheriff Mace Unit 2016 U.S.D.C
Civil action No. 15-13234

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
    OR  Violation of My 14TH Amendment Due Process

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$4,450.00 + 258 = $5,562.50

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I The Plaintiff am asking for Relieve of, The Romander of my Damages/losses of Recover. in the amount of ($4,450.00) + The actual amount of Sales lost being $1,112.50 The tottal balance of Recovery The Plaintiff William E. Baugh is asking The Court To make a Judgment in his favor/ or behalf is in The tottal amount being ($5,562.50) To be Paid in form of Paper Check & Mailed to Plaintiff @
William E. Baugh #913588 / J2-222L
IDOC/WVCF/ P.O. Box 1111
Carlisle, Indiana 47838-1111

E.   JURY DEMAND

☐ Jury Demand – I want a jury to hear my case
   OR
☑ Court Trial – I want a judge to hear my case

Dated this 13 day of April 20 23.

Respectfully Submitted,

*[Signature]*
Signature of Plaintiff

#913588
Plaintiff's Prisoner ID Number

William E. Baugh #913588-J2-222L
IDOC/WVCF/ P.O.Box 1111 - Carlisle, IN 47838
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.   OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

*[Signature]*
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE

**FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

#1

United States District Court
Southern District of Indiana
Terre Haute Division

William E. Baugh,
    Plaintiff
V.
Red Dot Storage Units, et al

Cause No.:
(To be Supplied By The Clerk)

Plaintiff's "Ammendment" To add information to the Complaint.

The Plaintiff in good faith Will Show The Court Unit 1208 @ Red Dot Storage Was Rented By Way of Bank Card No:# 4643-0399-2270-2298/Sec Code (087) Exp 3/26 Pin# 1966/Routing# 086300012 @ Old National Bank, Phone (812) 462-7000 This transaction all Was Conducted on The Phone. from No:# (765) 344-5693. Plaintiff Explained He Was Storing Very Rare & Costley antique Furniture. The Red Dot Storage Telephonic Service Personel, explaind to Plaintiff He Was on a recorded line. Then The Service Personel began explaining Sizes & Prices of Units & The Plaintiff. The Plaintiff agreed to The Price of The Lg Unit, & Was explained by The Service Personel, That Red Dot Storage Units / All Storage Solution, That Red Dot Storage Was a (LLC) Corporation, and That is The Plaintiff William E. Baugh. Was to pay the

#2

extra Cost of insurance, That if anything Was to happen on Red Dot Storage Primises, any Damages, Thefts, or etc to my Property, That Was was not Coverd by insurance, being Red Dot Was an (LLC) Corporation The Remainder of all Damages, Theft, etc, Would be Paid in full by Red Dot Storage Unit. The insurance did Cover $5,000.00 of Claim, Red Dot has Sence Refused to answere any of The Plaintiff's Corrospondences, for balance of Claim being Paid in full of $4,450.00 + The 25% The Plaintiff's Due Process of his 14th Amendment Would have alowe Plaintiff to resale for Buisness Profett. Red Dot in bad faith Continue Violating Plaintiff William E. Baugh's 14th Amendment of The United States of America. The Plaintiff William E Baugh is entitled to Payment of Recovery of Loss Balance from Red Dot Storage Unit. in full. The Plaintiff Was not required to Sign any Type of Contract.

William E. Baugh #913588
IDOC/WVCF/ J2-222L
P.O. Box 1111
Carlisle, IN 47838

William E. Baugh