UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WILLIAM EUGENE BAUGH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:23-cv-00193-JPH-MG |
| RED DOT STORAGE UNITS, ALTERNATIVE SOLUTIONS, | ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendant and against Plaintiff. This action is dismissed with prejudice.

Date: 5/26/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: ____*Pam Pope*____
Deputy Clerk, U.S. District Court

Distribution:

WILLIAM EUGENE BAUGH
913588
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only